UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-CR-108-JCM-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| THOMAS WILRIDGE | ) | |
| Defendant. | ) | |



ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#175) on November 18, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $4,679.00

**Amount of Restitution ordered: $4,679.00\*\***
\*\*Joint and several with co-defendants Andrew Thomas, Miko Fields, David Bethley and Johning Walker

Dated this 17th day of May, 2017.

UNITED STATES DISTRICT JUDGE